FILED
JUL 07 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ILEANA YAMILETH QAYYUM,<br><br>    Defendant. | Case No.: 25-CR-1492-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

    Upon the motion of the United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and for the reasons stated in the motion to dismiss, IT IS HEREBY ORDERED that the Indictment against Defendant Ileana Yamileth Qayyum in the above-captioned case is dismissed without prejudice.

    SO ORDERED AND ADJUDGED.

Dated: 7/7/25

_____
HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE